IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    Julie M. Brigman

    Debtor.

Case No.:3:13-bk-05079-PMG

Chapter 13

_____/

JULIE BRIGMAN,

    Plaintiff,

Adv. Pro. No.: 3:14-ap-00436-PMG

vs.

PALISADES ACQUISITION XVII, L.L.C.,
    Serve On:
    Stephen Braun
    P.O. Box 40728
    Houston, TX 77240-0728

and

VATIV RECOVERY SOLUTIONS,
LLC d/b/a SMC,
    Serve On:
    Steven Braun
    P.O. Box 40728
    Houston, TX 77240-0728

    Defendants.

_____/

## CERTIFICATE OF SERVICE

I, _____Ryan G. Moore_____, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made October 31, 2014 by:
(date)

☑ **Mail Service**: Regular, first class United States mail, postage fully pre-paid, addressed to:
Defendant, Palisades Acquisition XVII, L.L.C., c/o Stephen Braun, Assistant V.P. of Operations, Vativ Recovery Solutions, LLC d/b/a SMC, as agent for Palisades Acquisitions XVII LLC, P.O. Box 40728, Houston, TX 77420; and to Defendant, Vativ Recovery Solutions LLC, d/b/a SMC, c/o Stephen Braun, Assistant V.P. of Operations, P.O. Box 40728, Houston, TX 77420.

☐ **Personal Service**: By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service**: By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication**: The defendant was served as follows: [Describe briefly]

☐ **State Law**: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                 (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

10/31/14
Date

Signature

Print Name: Ryan G. Moore
Business Address: 340 Third Ave. S., Suite A
City: Jacksonville Beach   State: FL   Zip: 32250